ALBERT BISHOP v. STATE OF MISSISSIPPI.

[52 South. 690.]

CRIMINAL LAW AND PROCEDURE. *Delinquent road hand. Code* 1906, §§ 4423, 4424. *Overseer's report.*

Under Code 1906, §§ 4423, 4424, providing that the road overseer shall report under oath and file with the justice of the peace a list containing the names of delinquent road hands, a justice of the peace was without jurisdiction to try a person whose name was not contained in an overseer's report, such report being the charge against delinquent road hands, and no other affidavit is necessary.

FROM the circuit court of Jones county.

HON. ROBERT L. BULLARD, Judge.

Bishop, appellant, was prosecuted and convicted before a

justice of the peace of being a delinquent road hand; the prose-
cution was based on. an ordinary affidavit charging the offense,
a violation of Code 1906, § 4424, making it a misdemeanor
for any person legally summoned to work on a public highway to
fail to attend and perform the services required.   Upon appeal
to the circuit court appellant was tried *de novo* and again con-
victed and appealed to the supreme court.   The opinion of the
court sufficiently states the case.

*R. E. Halsell,* for appellant.

We call the court's attention to the fact that there was no
return by the overseer showing the list of delinquent road hands
or that appellant was one of them.

*Carl Fox,* assistant attorney-general, for appellee.

ANDERSON, J., delivered the opinion of the court.

Appellant, Bishop, was convicted in the circuit court of be-
ing a delinquent road hand, and appeals to this court.

There was a trial first before a justice of the peace, by whom
the appellant was convicted, and appeal taken to the circuit
court.   There was no report made by the road overseer under
oath and filed with the justice of the peace, containing a list
of the delinquent road hands, as provided for in sections 4423
and 4424, Code 1906.   Without such report, containing the
name of appellant as a delinquent, the justice of the peace was
without jurisdiction to try him.   Such report is itself the
charge against the delinquent road hands. , No other affidavit
is necessary.   When that report is. filed, warrant is issued for
the delinquent, and the justice of the peace proceeds as in other
criminal cases.

*Reversed and remanded.*